■ ROBERT ZOLLO, Respondent, v ALLCITY INSURANCE COMPANY, Appellant. — Judgment, Supreme Court, New York County, (Irving Kirschenbaum, J.), entered on or about November, 22, 1982, and judgment of said court entered on May 17, 1983, unanimously confirmed. Petitioner-respondent shall recover of respondent-appellant one bill of $75 costs and disbursements of these appeals. No opinion. Concur — Sandler, J. P., Asch, Silverman, Fein and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE ROMERO, Appellant. — Judgment, Supreme Court, New York County (Joan Carey, J.), rendered on March 30, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Sandler, J. P., Asch, Silverman, Fein and Kassal, JJ.